**E-Filed 1/11/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORAZON PALMA, | Case Number C 09-3117 JF (PVT) |
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| WASHINGTON MUTUAL, INC., et al., | |
| Defendants. | |

On January 8, 2010, the Court heard Plaintiff's motion for default judgment. It appears that Plaintiff served Defendants' agents for service prior to obtaining a Clerk's entry of default, and the motion for default judgment otherwise appears to be well-taken.[1]

Accordingly, default judgment is HEREBY ENTERED against Defendants Washington Mutual, Inc. and Bank of America, N.A., as follows:

---

[1] The Court is perplexed by Defendants' failure to defend this action; in the Court's experience, these particular Defendants always respond to actions of this kind. However, because Plaintiff's documents appear to be in order, the Court is constrained to grant Plaintiff's motion for default judgment.

Case No. C 09-3117 JF (PVT)
DEFAULT JUDGMENT
(JFLC2)

The Deed of Trust and Notice of Default on the Plaintiff's property located at 2219 Thayer Court, San Jose, California, 95122 ("the Property"), is voided and of no force or effect.

The Trustee's Sale conducted on June 15, 2009, which purported to convey title to Bank of America, N.A. is set aside, and title to the Property shall be returned to Plaintiff.

Defendants Washington Mutual, Inc. and Bank of America, N.A. are enjoined from proceeding in any way with the underlying foreclosure and from interfering with Plaintiff's quiet and exclusive possession and occupancy of the Property whether by removal, eviction, private sale, unlawful detainer proceedings, or otherwise.

DATED: 1/11/2010

```
                                    _____
                                    JEREMY FOGEL
                                    United States District Judge
```