## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Status Conference, June 18, 2010     Time: 3 mins
**Case Number:** CV-09-3117-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz/Jackie Garcia
**Court Reporter:** Summer Fisher

---

**TITLE:**      CORAZON PALMA    V.   WASHINGTON MUTUAL INC., ET AL

             **PLAINTIFF**                **DEFENDANT**

**Attorneys Present:** Chuck Grasso      **Attorneys Present:** Theodore Bacon

---

PROCEEDINGS:
     Status conference held. Parties are present. Continued to 8/20/10 at 10:30 a.m. for further status conference.