## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Status Conference, September 3, 2010     Time: 16 mins
**Case Number:** CV-09-3117-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

**TITLE:**            CORAZON PALMA    V.   WASHINGTON MUTUAL INC., ET AL

                    **PLAINTIFF**                             **DEFENDANT**

    **Attorneys Present:** Kenneth Graham        **Attorneys Present:** Theodore Bacon

---

PROCEEDINGS:

     Further status conference held. Parties are present. Continued to 11/5/10 at 10:30 a.m. for further status conference.