**KENNETH R. GRAHAM, ESQ., SBN 216733**
Law Offices of Kenneth R. Graham
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Tel. No. (925) 932-0170
Fax No. (925) 932-3940
Email: krg@elaws.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CORAZON PALMA,<br><br>        Plaintiff,<br><br>v<br><br>WASHINGTON MUTUAL, INC. and BANK OF AMERICA, N.A.,<br><br>        Defendants. | Case No.: :09-cv-03117-JF<br><br>PLAINTIFF'S CASE MANAGEMENT STATEMENT<br>[LOCAL RULE 16-9]<br><br>Date:      11/05/2010<br>Time:     10:30 AM<br>Place:     Federal Building<br>             280 South First Street<br>             San Jose, CA<br>Courtroom: 3, 5th Floor<br>Judge:    Hon. Jeremy Fogel |

Pursuant to Local Rule 16-9, Plaintiff Corazon Palma ("Plaintiff"), by and through their respective counsel of record, submit the following Case Management Statement:

1. **Jurisdiction and Service**

This court has federal question jurisdiction over the Plaintiffs federal claims pursuant to 28 USC §§ 1331 and 1343. This court has supplemental jurisdiction over Plaintiff's pendent state claims pursuant to 28 USC § 1367. There are no issues existing regarding personal jurisdiction or venue. All parties have been served.

2. **Facts**

On July 10, 2009 Plaintiff filed a complaint for damages asserting violations of wrongful foreclosure against her single family residence, commonly known as 2219 Thayer Court, San

Jose, CA ("Subject Property"), and various other allegations. Plaintiff's First Amended Complaint was filed on July 16, 2009. Plaintiff's First Amended Complaint alleges a total of nine (9) claims for relief against defendants Washington Mutual, Inc. and Bank of America, N.A.

3. **Legal Issues**

   Not applicable at this time.

4. **Motions**

   MOTION for Entry of Default was filed by Plaintiff. Motion was held on January 08, 2010 and was taken under submission. DEFAULT JUDGMENT. Signed by Judge Jeremy Fogel on 1/11/2010.

   MOTION to Set Aside Default filed by Bank of America N.A.. Motion Hearing was held on 4/30/2010 and is currently under submission.

5. **Amendment of Pleadings**

   Not applicable at this time.

6. **Evidence Preservation**

   Not applicable at this time.

7. **Disclosures**

   Not applicable at this time.

8. **Discovery**

   Not applicable at this time.

9. **Class Actions**

   Not applicable at this time.

10. **Related Cases**

    Not applicable at this time.

11. **Relief**

    Plaintiff seeks the following relief:

    a.  That the Deed of Trust and Notice of Default on the subject property be voided and be of no force of effect;

    b.  That the Trustee's Sale be set aside and title returned to Plaintiff; and

      c.      Quiet Title to the Subject Property, and that each Defendant has no right, title, estate, lien, or interest in the Subject Property or any part of it, adverse to Plaintiff's.

12. **Settlement and ADR**

Not applicable at this time.

13. **Consent to Magistrate Judge for all Purposes**

Plaintiff consents to have a magistrate judge conduct all further proceedings.

14. **Other References**

Not applicable at this time.

15. **Narrowing of Issues**

Not applicable at this time.

16. **Expedited Schedule**

Not applicable at this time.

17. **Scheduling**

Not applicable at this time.

18. **Trial**

Not applicable at this time.

19. **Disclosure of Non-Party Interested Entities or Persons**

Certification of Interested Entities or Persons has not been filed

20. **Other Matters**

None at this time.

Dated: October 21, 2010

                                      Law Offices of Kenneth R. Graham

                                    By:   /s/ Kenneth R. Graham
                                           KENNETH R. GRAHAM
                                           Attorney for Plaintiff