## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Status Conference, November 5, 2010        Time: 10 mins
**Case Number:** CV-09-3117-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**            **CORAZON PALMA   V.  WASHINGTON MUTUAL INC., ET AL**

               **PLAINTIFF**                          **DEFENDANT**

   **Attorneys Present:  Kenneth Graham**      **Attorneys Present:  Theodore Bacon**

---

PROCEEDINGS:
   Further status conference held.  Parties are present.