**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CORAZON PALMA,

10            Plaintiff,                          No.  C 09-3117 JSW

11     v.                                         **ORDER OF DISMISSAL**

12   WASHINGTON MUTUAL INC. and BANK
     OF AMERICA, N.A.,
13
              Defendants.
14

15   _____/

16        On June 5, 2012, the Court granted the motion for judgment on the pleadings filed by

17   Bank of America, N.A. ("Bank of America").   The Court granted Plaintiff leave to file an

18   amended complaint within twenty days of the date of that Order, or by July 6, 2012.  Plaintiff

19   has not filed an amended complaint.  Accordingly, the Court HEREBY DISMISSES Plaintiffs'

20   eighth and ninth causes of action against Bank of America, with prejudice.  The Court shall

21   issue a separate judgment, and the Clerk shall close the file.

22        **IT IS SO ORDERED.**

23   Dated: November 19, 2012

24                                        JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDG

25

26

27

28